# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-1658
LT Case No. 2021-CA-000466

_____

NEAL SULLIVAN,

Appellant,

v.

KIN INTERINSURANCE NETWORK,

Appellee.

_____

On appeal from the Circuit Court for Flagler County.
Terence R. Perkins, Judge.

Thomas Rechtin and Greg Podolak, of Saxe Doernberger & Vita,
P.C., Naples, and Christopher B.Weldon, of Keidel, Weldon &
Cunningham, LLP, White Plains, New York, for Appellant.

Scot Samis, of Traub Lieberman Straus & Shrewsberry, LLP, St.
Petersburg, for Appellee.

September 19, 2023

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., WALLIS and MACIVER, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————